IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 05-cr-00170-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSHUA BENNETT,

        Defendant.
_____

**ORDER REVOKING SUPERVISED RELEASE**
_____

    This matter is before the Court upon report of the probation officer that Defendant violated the conditions of his supervised release. At a Supervised Release Violation Hearing on April 30, 2013, alleged violations 1, 2, 3, and 4 were withdrawn and the defendant admitted to violation number 5 as alleged in the probation officer's petition. It is

    **ORDERED** that the Defendant's supervised release is revoked. It is

    **FURTHER ORDERED**, that no incarceration penalty is imposed and no further supervised release is imposed.

    Dated this 3rd day of May, 2013.

                                         **BY THE COURT:**

                                         _____

                                         Marcia S. Krieger
                                         Chief United States District Judge